Ann M. Cerney, SBN: 068748
Attorney at Law
42 North Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

—o0o—

| | |
|---|---|
| TIFFINI LAJUANA DAVIS, | CASE NO. 2:12-cv-00755-GEB-CMK |
| Plaintiff, | **ORDER EXTENDING PLAINTIFF'S TIME TO REPLY TO DEFENDANT'S** CROSS-MOTION FOR SUMMARY JUDGMENT |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the stipulation of the parties showing good cause for a requested extension of Plaintiff's time to reply to Defendant's Cross-Motion For Summary Judgment, the request is hereby APPROVED.

Plaintiff shall file his reply on or before January 4, 2013.

SO ORDERED.

DATED: January 2, 2013

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

---

1

STIPULATION AND [PROPOSED] ORDER  EXTENDING PLAINTIFF'S TIME TO REPLY TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT